UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

KEVIN M. CLAY
and
CRYSANNE CLAY,

    Plaintiffs

v.                                                          CIVIL ACTION NO. 2:10-cv-00986-ARH

BANK OF AMERICA,
NATIONAL ASSOCIATION, et al

    Defendants

## ORDER

AND NOW this _18th_ day of _August_, 2010, upon review of the foregoing Motion for Admission *Pro Hac Vice* of Leonard A. Bennett, Esq., it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion be and the same hereby is **GRANTED**.

_____
Chief Magistrate Judge