UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KEVIN M. CLAY and<br>CRYSANNE CLAY<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NA, EQUIFAX<br>INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., and TRANS<br>UNION, LLC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:10-CV-00986-ARH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DISCLOSURE STATEMENT OF DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Experian is a non-governmental corporate party.

2. Parent Companies: The ultimate parent company of Experian is Experian plc.

3. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

    (h)    Opt-Out Services LLC

4.    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated:  August 24, 2010                        Respectfully submitted,

                        /s/ Jennifer G. Betts
                        Jennifer G. Betts, Esq.
                        Jones Day
                        500 Grant Street
                        Suite 4500
                        Pittsburgh, PA  15219
                        Telephone:  (412) 391-3939
                        Fax:  (412) 394-7959
                        E-Mail:  jgbetts@jonesday.com

                        Counsel for Defendant
                        EXPERIAN INFORMATION SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF:

>James M. Pietz, Esq.
>Pietz Law Office LLC
>Mitchell Building
>304 Ross Street, Suite 700
>Pittsburgh, PA  15219
>Phone:  412-288-4333
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates
>12515 Warwick Boulevard
>Newport News, VA 23606
>lenbennett@clalegal.com
>
>*Attorneys for Plaintiff*

>/s/Jennifer G. Betts _____
>Counsel for Defendant
>Experian Information Solutions, Inc.