**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| KEVIN CLAY, *et ux.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No: 10-0986 |
| ) | |
| BANK OF AMERICA, N.A., *et al.,* ) | |
| ) | |
| Defendants. ) | |

**TRANS UNION LLC'S FED.R.CIV.P. 7.1(a)
CORPORATE DISCLOSURE STATEMENT**

Trans Union LLC, a non-governmental corporate party, is wholly owned by TransUnion

Corp.  No part of Trans Union LLC or TransUnion Corp. is publicly held.


Respectfully submitted,

KOGAN, TRICHON & WERTHEIMER, P.C.


*/s/ Christopher N. Jones*
CHRISTOPHER N. JONES
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7630; Fax: (215) 575-7688
Email: cjones@mstkw.com

*Counsel for Defendant, Trans Union LLC*


DATED:        August 24, 2010

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN CLAY, *et ux.*, )<br><br> Plaintiffs, )<br><br> v. )<br><br> BANK OF AMERICA, N.A., *et al.,* )<br><br> Defendants. ) | C.A. No: 10-0986 |

## CERTIFICATE OF SERVICE

CHRISTOPHER N. JONES, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union LLC's Corporate Disclosure Statement to be sent on this date, *via* the Court's ECF Notice System, to the following:

James M. Pietz, Esq.
Pietz Law Office
304 Ross St., Suite 700
Pittsburgh, PA 15219
(412) 288-4333
Fax: (412) 288-4334
Email: jpietz@jpietzlaw.com
*Counsel for Plaintiff*

Jennifer G. Betts, Esq.
Jones Day
500 Grant Street
One Mellon Center, Suite 4500
Pittsburgh, PA 15219
412-394-7937; Fax: 412-394-7959
Email: jgbetts@jonesday.com
*Counsel for Experian Information Solutions,
Inc.*

Leonard A. Bennett, Esq.
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660; Fax: (757) 930-3662
Email: lenbennett@clalegal.com
*Counsel for Plaintiff*

> */s/ Christopher N. Jones*
> CHRISTOPHER N. JONES

DATED:        August 24, 2010

2