IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| KEVIN M. CLAY and CRYSANNE CLAY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:10-cv-00986-ARH |
| | ) | |
| BANK OF AMERICA, NATIONAL | ) | |
| ASSOCIATION EQUIFAX INFORMATION | ) | |
| SERVICES LLC; EXPERIAN INFORMATION | ) | |
| SOLUTIOSN, INC.; and TRANS UNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF EXTENSION OF TIME TO FILE ANSWER**

COMES NOW Plaintiffs Kevin M. Clay and Crysanne Clay, by counsel, and shows that Plaintiffs, pursuant to W.D. Pa. LR 7E, have stipulated to an extension of time within which Defendant Equifax Information Services LLC may answer, move or otherwise respond to Plaintiffs' Complaint, through and including October 7, 2010, and that any such responsive pleading by that date shall be deemed timely filed.

Respectfully submitted this 25th day of August, 2010.

PLAINTIFFS KEVIN M. CLAY and
CRYSANNE CLAY


By: _____/James M. Pietz
　　　One of its Attorneys
　　　James M. Pietz
　　　PA ID 55406
　　　Pietz Law Office LLC
　　　304 Ross St., Suite 700
　　　Pittsburgh, PA 15219
　　　412-288-4333
　　　jpietz@jpietzlaw.com

Leonard A. Bennett, Esq.
Consumer Litigation Associates
12515 Warwick Boulevard
Newport News, Va. 23606
(757) 930-3660
lenbennett@clalegal.com
*Counsel for Plaintiffs*