IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KEVIN M. CLAY<br>and<br>CRYSANNE CLAY,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:10-cv-00986-ARH |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC
## RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, hereby makes the following disclosure statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 3rd day of September 2010.

_____
One of its Attorneys
Rex F. Brien (PA 40884)
CHRISTIE, PABARUE, MORTENSEN AND YOUNG
A Professional Corporation
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania 19103
Direct Dial: (215) 587-1609
Direct Fax: (215) 587-1699
E-mail: RFBrien@CPMY.com

694788_1

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to:

James M. Pietz
Pietz Law Office LLC
Mitchell Building
304 Ross Street, Suite 700
jpietz@jpietzlaw.com

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Newport news, VA 23606
lenbennett@clalegal.com

Jennifer G. Betts
Jones Day
500 Grant Street
One Mellon Center, Suite 4500
Pittsburgh, PA 15219
jgbetts@jonesday.com

Christopher N. Jones
Kogan, Trichon & Wertheiimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19151
cjones@mstkw.com

Dated: September 3, 2010.

By: _____
REX F. BRIEN (PA 40884)

694788_1