# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# AT PITTSBURGH

| | |
|---|---|
| KEVIN M. CLAY <br> and <br> CRYSANNE CLAY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:10-cv-00986-ARH |

## ORDER

**AND NOW**, this ____ day of _____,2010, it is hereby ORDERED that <u>Keasha Ann Broussard</u>, Esquire is admitted to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice,* for the purposes limited to the presentation of movant, <u>Equifax Information Services LLC</u> in the above-captioned action.

BY THE COURT:

_____
Judge for the United States District Court for the
Western District of Pennsylvania

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| KEVIN M. CLAY<br>and<br>CRYSANNE CLAY,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION; EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:10-cv-00986-ARH |

**MOTION FOR ADMISSION OF *PRO HAC VICE* TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Movant, Equifax Information Services LLC, by and through its attorney, Rex F. Brien, Esquire, hereby moves this Honorable Court for the admission of Keasha Ann Broussard, Esquire to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice,* to represent movant, Equifax Information Services LLC, in the above captioned action and in support thereof avers as follows:

    1.    Keasha Ann Broussard, Esquire is a member of the law firm of King & Spalding LLP and represents movant, Equifax Information Services LLC in the above captioned action.

    2.    Keasha Ann Broussard, Esquire is a member in good standing of the Bar of the Georgia. A true and correct copy of the affidavit of Keasha Ann Broussard, Esquire, averring as such is attached hereto, made part hereof and marked as Exhibit "B".

3.  <u>Keasha Ann Broussard</u>, Esquire, a member in good standing of the Bar of the United States District Court for the Northern District of Georgia.

4.  <u>Keasha Ann Broussard</u>, Esquire, is a member in good standing of the Bar of the 4th Circuit Court of Appeals.

5.  <u>Keasha Ann Broussard</u>, Esquire, possesses satisfactory moral and professional character required for admission, *pro hac vice,* to the Bar of the United States District Court for the Western District of Pennsylvania. A true and correct copy of the affidavit of Rex F. Brien, Esquire, a member of the bar of the United States District Court for the Western District of Pennsylvania, averring as such and moving for admission of <u>Keasha Ann Broussard</u>, Esquire *pro hac vice,* is attached hereto, made part herein and marked as Exhibit "B".

6.  <u>Keasha Ann Broussard</u>, Esquire, ECF Registration application has been approved.

WHEREFORE, movant, by and through its attorney, Rex F. Brien, Esquire, hereby moves this Honorable Court for the admission of <u>Keasha Ann Broussard</u>, Esquire, to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice,* to represent, <u>Equifax Information Services LLC</u>, in the above captioned action.

BY: *(signature)*
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen and Young
A Professional Corporation
1880 JFK Boulevard, 10th Floor
Philadelphia, Pennsylvania 19103
Direct Dial: 215-587-1609
Direct Fax: 215-587-1699
E-Mail: RFBrien@CPMY.com
Attorney for Movant, <u>Equifax Information Services, LLC</u>

Dated: September 10, 2010

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| KEVIN M. CLAY and CRYSANNE CLAY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:10-cv-00986-ARH |

## AFFIDAVIT

Rex F. Brien being duly sworn according to law, deposes and says that:

1. I am a member and partner of the law firm of Christie, Pabarue, Mortensen and Young, located at 1880 JFK Boulevard, 10th Floor, Philadelphia, Pennsylvania 19103.

2. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania and have been since 1981.

3. I am a member in good standing of the Bar of the United States District Court for the Western District of Pennsylvania and have been since 1983.

4. I certify that <u>Keasha Ann Broussard</u>, Esquire possesses satisfactory moral and professional character required for admission to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice*.

5. I hereby move for the admission of <u>Keasha Ann Broussard</u>, Esquire to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice*, for

purposes limited to the representation of movant, <u>Equifax Information Services LLC, improperly named in complaint</u> in the above captioned action.

BY: _____
Rex F. Brien, Esquire
Attorney for Movant, <u>Equifax Information Services, LLC</u>

DATED: 9/10/2010

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY
OF September, 2010

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kim M. Lewis, Notary Public
City of Philadelphia, Philadelphia County
My commission expires April 19, 2013

Exhibit "A"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| KEVIN M. CLAY <br> and <br> CRYSANNE CLAY, <br><br>     Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:10-cv-00986-ARH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF COUNSEL

I, <u>Keasha Ann Broussard</u>, Esquire being of frill age, do hereby depose and certify as follows:

1. I am an attorney at law in the State of Georgia, having been admitted to the Bar in 2006 and continue to be a member in good standing of the Georgia Bar to this day.

2. I am also a member of the Bar of the United States District Court for the Northern District of Georgia, and continue to be a member in good standing.

3. I am also a member of the Bar of the United States District Court for the Northern District of Illinois.

4. I am also a member of the Bar of the United States District Court for the Northern District of Alabama.

5. I am also a member of the Bar of the United States District Court for the Middle District of Alabama.

6. I am also a member of the Bar of the United States District Court for the Southern District of Alabama.

7. I am also a member of the Bar of the United States Court of Appeals for the 4th Circuit and continue to be a member in good standing.

8. I certify that the ECF registration has been approved by the court.

9. I certify that I have reviewed the local court rules and agrees to be bound by same.

I make this affidavit knowing that the Court will rely upon same with respect to a *pro hac vice* application on my behalf in order that I may, together with Christie, Pabarue, Mortensen and Young, represent the interests of Equifax Information Services LLC.

Keasha Ann Broussard, Esquire

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9th DAY
OF September, 2010

_____
Notary Public

Exhibit "B"

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA,** has been served upon the following on this the 10TH day of September, 2010:

James M. Pietz
Pietz Law Office LLC
Mitchell Building
304 Ross Street, Suite 700
jpietz@jpietzlaw.com

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Newport news, VA 23606
lenbennett@clalegal.com

Jennifer G. Betts
Jones Day
500 Grant Street
One Mellon Center, Suite 4500
Pittsburgh, PA 15219
jgbetts@jonesday.com

Christopher N. Jones
Kogan, Trichon & Wertheiimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19151
cjones@mstkw.com

_____
Rex F. Brien