UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

| | |
|---|---|
| KEVIN M. CLAY<br>and<br>CRYSANNE CLAY,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION; EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>      Defendants. | Case No. 2:10-cv-00986-ARH |

## ORDER

AND NOW, this 27th day of September, 2010, it is hereby ORDERED that <u>Keasha Ann Broussard</u>, Esquire is admitted to the Bar of the United States District Court for the Western District of Pennsylvania, *pro hac vice*, for the purposes limited to the presentation of movant, <u>Equifax Information Services LLC</u> in the above-captioned action.

                              BY THE COURT:

                              _____
                              Judge for the United States District Court for the
                              Western District of Pennsylvania