**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN M. CLAY and CRYSANNE CLAY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC.; <br> Defendants. | Civil Action No. 2:10-cv-00986-ARH <br><br><br><br><br><br><br><br><br><br> Electronically Filed |

**RULE 7.1 DISCLOSURE STATEMENT
OF BANK OF AMERICA, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bank of America, N.A. certifies that Bank of America, N.A. is a wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned subsidiary of Bank of America Corporation.

    Respectfully submitted,

    /s/ Melissa M. Taylor
    K. Issac deVyver, Esq.
    Pa. I.D. No. 202655
    Melissa M. Taylor
    Pa. I.D. No. 209278
    REED SMITH LLP
    Reed Smith Centre
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Phone: (412) 288-7260/7980
    kidevyver@reedsmith.com
    mmtaylor@reedsmith.com

    Counsel for the Defendant
    Bank of America, National Association

Dated: October 7, 2010

## **CERTIFICATE OF SERVICE**

I, Melissa M. Taylor, counsel for defendant Bank of America, National Association, hereby certify that on October 7, 2010, true and accurate copies of the foregoing RULE 7.1 DISCLOSURE STATEMENT OF BANK OF AMERICA, N.A. were served via ECF upon the following:

| | |
|---|---|
| James M. Pietz<br>Pietz Law Office LLC<br>Mitchell Building<br>304 Ross Street, Suite 700<br>Pittsburgh, PA 15219-2124 | Jennifer G. Betts<br>Jones Day<br>500 Grant Street<br>One Mellon Center, Suite 4500<br>Pittsburgh, PA 15219 |
| Leonard A. Bennett, Esq.<br>Consumer Litigation Associates<br>12515 Warwick Boulevard<br>Newport News, VA 23606 | *Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
| *Counsel for Plaintiffs*<br>*Kevin M. Clay and Crysanne Clay* | Christopher N. Jones<br>Kogan, Trichon & Wertheimer, P.C.<br>1818 Market Street, 30th Floor<br>Philadelphia, PA 19151 |
| Rex F. Brien<br>Christie, Pabarue, Mortensen and Young<br>1880 JFK Boulevard, 10th Floor<br>Philadelphia, PA 19103 | *Counsel for Defendant*<br>*Trans Union, LLC* |
| *Counsel for Defendant*<br>*Equifax Information Services, LLC* | |

/s/ Melissa M. Taylor_____
Melissa M. Taylor