IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN CLAY, et al, | ) |
|  | ) Civil Action No. 10 - 986 |
| Plaintiffs, | ) |
|  | ) Magistrate Judge Lisa Pupo Lenihan |
| v. | ) |
|  | ) |
| BANK OF AMERICA, et al, | ) |
|  | ) |
| Defendants. | ) |

### PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party)(counsel of record for _Plaintiffs_) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _11/11/10_

Signature: _[signed]_

Print Name: _Leonard A. Bennett_

---

### PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party)(counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____

Signature: _____

Print Name: _____