IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN CLAY, et al, )
                                      ) Civil Action No. 10 - 986
      Plaintiffs, )
                                      ) Magistrate Judge Lisa Pupo Lenihan
     v. )
)
BANK OF AMERICA, et al, )
)
      Defendants. )

**PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party)(counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____

_____
Signature

Print Name: _____

-------------------------------------------------------------------

**PART 2: DISTRICT JUDGE OPTION**

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party)(counsel of record for ___Defendant Bank of America, N.A.___) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: ___November 12, 2010___

*[signature]*
Signature

Print Name: ___Melissa M. Taylor___