## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN CLAY, et al,                              )
                                     )   Civil Action No. 10 - 986
        Plaintiffs,            )
                                       )   Magistrate Judge Lisa Pupo Lenihan
        v.                              )
                                       )
BANK OF AMERICA, et al,              )
                                       )
        Defendants.            )

### PART 1: CONSENT TO JURISDICTION BY
### UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party)(counsel of record for _____ ) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____

                                                 _____
                                               Signature

                        Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PART 2:  DISTRICT JUDGE OPTION

      Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party)(counsel of record for    **Defendant, Trans Union LLC**    ) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: ___November 12, 2010___

                                                   _____
                                                 Signature

                        Print Name:    Timothy P. Creech