IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN CLAY, et al, ) | |
| ) | Civil Action No. 10 - 986 |
| Plaintiffs, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| BANK OF AMERICA, et al, ) | |
| ) | |
| Defendants. ) | |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party)(counsel of record for _____ ) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____      _____
                                                                    Signature

                                    Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party)(counsel of record for   Experian Information Solutions   ) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: November 12, 2010             *Jennifer Betts*
                                                                    Signature

                                    Print Name:  *Jennifer Betts*