# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN M. CLAY, et al, | ) |
| | ) |
| v. | ) Civil Action No. 10 - 986 |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| BANK OF AMERICA, et al, | ) |
| | ) |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

### I. PROCESS
Select one of the following processes:

    _____ Mediation
    _____ Early Neutral Evaluation (ENE)
    _____ Court sponsored Binding[1] Arbitration
    _____ Court sponsored Non-binding Arbitration
    \_\_x\_\_ Private ADR (please identify process and provider)
\* The parties are in the process of selecting a private mediator.
    _____ Other (please identify process and provider) _____

\*If you are utilizing a private process, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Polices and Procedures.

### II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for court sponsored arbitration. For that process costs are paid by the court in accordance with 28 USC §658.):

    _____% by Plaintiff
    _____% by Defendant

\*The parties have agreed to pro-rate the costs of ADR equally amongst those parties remaining in the case when ADR is scheduled.

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

### III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:  `The parties are selecting a mediator.`

Name of Neutral: _____
Address of Neutral: _____
Telephone & FAX Numbers:  _____
Email address of Neutral: _____

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

### IV. PARTICIPANTS

Name of the individual(s) who will be attending the mediation or early neutral evaluation session in accordance with Sections 3.8A and 4.10A of the Court's ADR Policies and Procedures: `Undetermined.`

For Plaintiff(s):                       _____
                                        Name and title

For Defendant _____    _____
                                        Name and title

For Defendant _____    _____
                                        Name and title

For 3d party Deft_____     _____
                                        Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority.

### V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: `11/17/2010`    s/Leonard A. Bennett
                       Attorney for Plaintiff

Dated: `11/17/2010`    s/Melissa M. Taylor
                       Attorney for Defendant, Bank of America, N.A.

                       s/Timothy P. Creech
                       Attorney for Defendant, Trans Union

                       s/Jennifer G. Betts
                       Attorney for Defendant, Experian