IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN M. CLAY, et al, | ) |
| | ) Civil Action No. 10 – 986 |
| v. | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| BANK OF AMERICA NATIONAL, et al, | ) |

INITIAL CASE MANAGEMENT CONFERENCE
Before Chief Magistrate Judge Lisa Pupo Lenihan

| Party: | Counsel: |
|---|---|
| Plaintiffs - Kevin and Crysanne Clay | James M. Pietz and Leonard Bennett(phone) |
| Defendant - Bank of America | Melissa Taylor |
| Defendant - Equifax Information | Keasha Broussard |
| Defendant - Experian Information | Jennifer Betts (phone) |
| Defendant - Trans Union, LLC | Christopher Jones and Bruce Luckman (phone) |

Date: November 19, 2010 at 11:00 AM

Stenographer:_____

Clerk:_____

Plaintiff counsel will provide the name of the chosen neutral for the ADR process no later than December 3, 2010. Defendants are to make sure someone with authority from each of their clients attends the ADR session and are to advise Plaintiff counsel in advance who will be attending.

Initial scheduling order to be entered.