IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN M. CLAY, et al., ) <br> ) <br> ) Civil Action No. 10-986 <br> Plaintiffs ) Magistrate Judge Lisa Pupo Lenihan <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA NATIONAL., et al., ) <br> ) <br> Defendants | |

## INITIAL SCHEDULING ORDER

AND NOW, this 22th day of November, 2010, IT IS HEREBY ORDERED that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

IT IS FURTHER ORDERED that compliance with provisions of Rule 16 shall be completed as follows:

1. Initial disclosures pursuant to Fed. R. Civ. P, 26(a) shall be made by December 15, 2010.

2. Amendments to the pleadings and joinder of additional parties will be completed by December 16, 2010.

3. The parties shall complete fact discovery by April 19, 2011. All interrogatories, depositions and requests for admissions and/or production

of documents shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

4. The ADR process selected by the parties shall take place by January 19, 2011.

5. A status/settlement conference will be held on April 26, 2011 at 11:00 am. Trial counsel shall attend and the parties shall be available by telephone.

IT IS FURTHER ORDERED that the parties shall follow this Court's Order on Motions Practice in connection with all pretrial motions. The pendency of motions, including dispositive motions, will not stay the time periods set forth in, nor affect any other compliance requirements of, the Scheduling Orders.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record.