IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KEVIN M. CLAY<br>and<br>CRYSANNE CLAY,<br><br>    Plaintiffs,<br><br>v.<br><br><br>BANK OF AMERICA, NATIONAL<br>ASSOCIATION; EQUIFAX INFORMATION<br>SERVICES LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:10-cv-00986-NBF -LPL<br>)<br>) **Hon. Judge Nora Barry Fischer**<br>)<br>) **Mag. Judge Lisa Pupo Lenihan**<br>)<br>)<br>)<br>)<br>) **ELECTRONICALLY FILED** |

NOW COMES Plaintiffs, KEVIN M. CLAY and CRYSANNE CLAY, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and voluntarily dismisses with prejudice the above-referenced claim against Equifax Information Services LLC only, each party to bear its own costs.

February 11, 2011

Respectfully submitted,

/James M. Pietz
James M. Pietz
PIETZ LAW OFFICE LLC
Mitchell Building
304 Ross Street, Suite 700
jpietz@jpietzlaw.com

LEONARD A. BENNETT, Pro Hac Vice
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660

*Attorney for Plaintiffs*

AND NOW, this 14th day of February, 2011,
IT IS SO ORDERED.

_____
Nora Barry Fischer
UNITED STATES DISTRICT JUDGE