UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| KEVIN M. CLAY and CRYSANNE CLAY,<br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>Defendants. | CASE NO. 2:10-cv-00986-NBF-LPL<br>ELECTRONICALLY FILED |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Kevin M. Clay and Crysanne Clay, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Kevin M. Clay and Crysanne Clay against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Kevin M. Clay and Crysanne Clay and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _March 2, 2011_     _____
                          JUDGE, United States District Court,
                          Western District of Pennsylvania

DISTRIBUTION TO:

| | |
|---|---|
| James M. Pietz, Esq. jpietz@jpietzlaw.com | Leonard A. Bennett, Esq. lenbennett@clalegal.com |
| Melissa M. Taylor, Esq. mmtaylor@reedsmith.com | Keasha A. Broussard, Esq. abroussard@kslaw.com |
| Ronald F. Brien, Jr., Esq. rfbrien@cpmy.com | Jennifer G. Betts, Esq. jgbetts@jonesday.com |
| Christopher N. Jones, Esq. cjones@ktwlaw.com | Timothy P. Creech, Esq. tcreech@ktwlaw.com |
| Matthew M. Pavlovich, Esq. mpavlovich@prpclaw.com | Karen B. Reisinger, Esq. kreisinger@schuckitlaw.com |