# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN M. CLAY and CRYSANNE CLAY,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC.;<br>Defendants. | Civil Action No. 2:10-cv-00986-ARH<br><br>Judge Nora Barry Fischer<br><br>Magistrate Judge Lisa Pupo Lenihan<br><br><br><br><br><br>Electronically Filed |

## ORDER

AND NOW this 27th day of April, 2011, upon consideration of the parties' Joint Motion to Continue Status Conference, it is hereby ordered, adjudged, and decreed that the motion is GRANTED. The previously-scheduled status conference is continued to May 13, 2011, at 3:00 P.M.

IT IS SO ORDERED.

_____
The Honorable Lisa Pupo Lenihan
U.S. Magistrate Judge